01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  REBECCA ROJAS,                           )
                                             )  CASE NO. C12-1639-MAT
09         Plaintiff,                        )
                                             )
10         v.                                )  ORDER GRANTING LIMITED
                                             )  EXTENSION OF TIME OF
11  MICHAEL J. ASTRUE,                       )  REMAINING BRIEFING SCHEDULE
    Commissioner of Social Security,         )
12                                           )
           Defendant.                        )
13  _____  )

14      Plaintiff filed the parties' first unopposed motion for extension of time (Dkt. 15),

15  requesting a 60-day extension of the due date in which to file his responsive brief.  Plaintiff

16  offers no specific reason for such an unusually long extension.  Having considered the

17  stipulation, and the entire docket in the case, the Court hereby GRANTS an extension of the

18  briefing schedule, but declines to use the dates requested by the parties.  A 60-day extension

19  would adversely affect the Court's ability to decide the case in a timely manner.  The Court

20  therefore grants a 30-day extension from today, with the new deadlines as follows:

21
22

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

01     Plaintiff's Opening Brief:    February 25, 2013

02     Defendant's Responsive Brief:    March 25, 2013

03     Plaintiff's optional Reply Brief:    April 8, 2013

04     The parties should note that any extension request after this one would impact the ability
05 of defendant to request an extension when the responsive brief is due, and should plan
06 accordingly.

07     DATED this 24th day of January, 2013.

08

09                                    Mary Alice Theiler
10                                      United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2