UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA ROJAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. C12-1639-MAT <br><br> ORDER GRANTING LIMITED <br> EXTENSION OF TIME OF <br> REMAINING BRIEFING SCHEDULE |

Plaintiff filed the parties' first unopposed motion for extension of time (Dkt. 15), requesting a 60-day extension of the due date in which to file his responsive brief. Plaintiff offers no specific reason for such an unusually long extension. Having considered the stipulation, and the entire docket in the case, the Court hereby GRANTS an extension of the briefing schedule, but declines to use the dates requested by the parties. A 60-day extension would adversely affect the Court's ability to decide the case in a timely manner. The Court therefore grants a 30-day extension from today, with the new deadlines as follows:

| | | |
|---|---|---|
| 01 | Plaintiff's Opening Brief: | February 25, 2013 |
| 02 | Defendant's Responsive Brief: | March 25, 2013 |
| 03 | Plaintiff's optional Reply Brief: | April 8, 2013 |

The parties should note that any extension request after this one would impact the ability of defendant to request an extension when the responsive brief is due, and should plan accordingly.

DATED this 24th day of January, 2013.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2